AO 91(Rev.5/85) Criminal Complaint



# United States District Court

CENTRAL     DISTRICT OF     CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
7/7/21
CENTRAL DISTRICT OF CALIFORNIA
BY: ___slo___ DEPUTY

UNITED STATES OF AMERICA

V.

TANYA SUE COOPER
REG#: 26312-048

**CRIMINAL COMPLAINT**

CASE NUMBER: 2:21-mj-03201-DUTY

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

On or about August 22, 2020, in Los Angeles County, in the Central District of California (C/CA), defendant Tanya Sue Cooper ("COOPER") did escape from the custody of the United States Attorney General, in violation of Title 18 United States Code (USC), Section 751.   I further state that I am a Deputy U.S. Marshal and that this complaint is based on the following facts:

On or about August 22, 2020, the United States Marshals Service received information from Juan Herrera, Residential Reentry Manager, stating that COOPER had escaped from the Vinewood Residential Reentry Center ("RRC") located at 5520 Harold Way, Los Angeles, CA 90028.   I reviewed Bureau of Prisons records, which describe COOPER as a 70-year-old black female, a United States citizen, born June 7, 1950, measuring approximately 5 feet, 2 inches tall, weighing approximately 140 pounds, with brown hair and brown eyes.

From my review of court records, I learned that on September 11, 2017, in the United States District Court for the Eastern District of Texas, Texarkana Division, Case Number 5:16-CR-00006-001, COOPER was sentenced to a term of 72 months imprisonment and 60 months of supervised release.   COOPER was scheduled to be released from federal prison on November 13, 2020.   On August 22, 2020, at approximately 7:15 pm, RRC staff went to COOPER's room to serve her confiscation notice and discovered that she was not there.   At approximately 7:26 pm a fire drill was conducted in order to locate inmate COOPER; however, she was not located.   COOPER'S whereabouts remain unknown.

Continued on the attached sheet and made a part hereof:   ☐ Yes  ☒ No

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone,

/s/America Bailon
Signature of Complaint
America Bailon
Deputy U.S. Marshal

July 7, 2021
Date

at Los Angeles, California
City and State

John E. McDermott, U.S. Magistrate Judge
Name & Title of Judicial Officer

/s/ John E. McDermott
Signature of Judicial Officer